IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:15CR135** |
| vs. | ) | |
| | ) | **ORDER** |
| **ROSA MEDINA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the unopposed motion to continue trial [64] as defendant is currently in treatment and needs additional time to complete the program. The defendant has previously complied with NECrimR 12.1(a). See Filing [35]. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for September 15, 2015 is continued to **October 27, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 27, 2015** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 8, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**